REPUBLIC PIPE & SUPPLY CORP., Plaintiff, v. A. B. BARR AND COMPANY et al., Defendants. FOX HILLS PROPERTIES, INC., Appellant-Respondent; GIBRALTOR FACTORS CORP., Respondent-Appellant.—

Rabin, Acting P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.